**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARKEITH CANADY <br><br> Defendant. | CR NO: 1:16 MJ - 00044 BAM <br><br> **SEALED** <br><br> **FILED** <br> APR 20 2016 <br> CLERK, U.S. DISTRICT COURT <br> EASTERN DISTRICT OF CALIFORNIA <br> DEPUTY CLERK |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Markeith Canady
Detained at: Fresno County Jail

Detainee is:
a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
charging detainee with: 18 U.S.C. § 2421; 18 U.S.C. § 1952(a)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on April 22, 2016 for initial appearance in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: KIMBERLY A. SANCHEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4/20/16

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male  ☐ Female | |
| Booking or CDC #: | 1302575 | DOB: | 07/15/1982 |
| Facility Address: | Fresno and "M" Streets | Race: | black |
| Facility Phone: | | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____

_____
(signature)