IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**MARKEITH CANADY**<br><br>Defendant. | CR NO: 1:16-mj-044 BAM<br><br>FILED<br>APR 27 2016 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: Markeith Canady
Detained at: Fresno County Jail
Detainee is:
a.) ☒ charged in this district by:  ☐ Indictment  ☐ Information  ☒ Complaint
   charging detainee with: 18 U.S.C. § 2421; 18 U.S.C. § 1952(a)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on April 27, 2016 for initial appearance in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: KIMBERLY A. SANCHEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4/27/16

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: 1302575
Facility Address: Fresno and "M" Streets
Facility Phone:
Currently

☒ Male  ☐ Female
DOB: 07/15/1982
Race: black
FBI#:

## RETURN OF SERVICE

Executed on: _____

(signature)