IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 16 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.  CR NO: 1:16-CR-00069 LJO

MARKEITH CANADY

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum  ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Markeith Canady | |
| Detained at | Fresno County Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 USC 2421, 1952(a) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on October 16, 2017 and each subsequently scheduled Court proceeding in the Eastern District*

Signature: _____
Printed Name & Phone No: Kimberly A. Sanchez, 286-7396
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **[FORTHWITH]** or **[on DATE AND TIME]**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: October 16, 2007

HONORABLE LAWRENCE J. O'NEILL
CHIEF U.S. DISTRICT COURT JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 1302575 | DOB: | 07/15/1982 |
| Facility Address: | Fresno and "M" Streets | Race: | black |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
(signature)