UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARKEITH CANADY,<br><br>　　　　Defendants. | No. 1:16-CR-00069-11 LJO<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to MARKEITH CANADY only without prejudice, in light of his having been indicted in a different case for the same charges.

IT IS SO ORDERED.

　　Dated: **November 28, 2017**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1